PER CURIAM.
Appellant, a juvenile, was charged with battery by an inmate in a juvenile facility. Because Appellant was held in a juvenile facility, Appellant argued that the crime of simple battery could not be enhanced from first degree misdemeanor to a third degree felony because section 784.082(3), Florida Statutes (2002), does not apply to a child detained in a juvenile facility. The trial court found that this enhancement statute applied to a juvenile detention center and denied the motion to dismiss.[1] We disagree, and remand with directions.
Nothing in section 784.082 indicates that the statute applies to juveniles held in juvenile facilities. Accordingly, we reverse the adjudication of delinquency for battery as a third degree felony and remand for entry of a judgment for simple battery, a first degree misdemeanor.
REVERSED and REMANDED.
ALLEN, C.J., and BOOTH and BARFIELD, JJ., concur.

. Appellant pleaded no contest while preserving the right to appeal the denial of the motion to dismiss. On November 20, 2002, Appellant was adjudicated delinquent and committed to moderate risk.